# *Memorandum*

FILED 

02-00157

2002 FEB 14 PM 12: 41

Subj: Pleading Seeking: Indictment ct     Date: Feb. 12, 2002
US v. Joseph Hayes et al.

To: SHERRI R. CARTER   From: Charlaine Olmedo
Clerk, United States District Court         Assistant United States Attorney
Central District of California               Complaints Section

The above pleading seeking authority for an investigative action and being filed on Feb. 13, 2001,

____ relates to

__X__ does not relate to

(1) a matter pending in the Major Frauds Section of the United States Attorney's Office before June 30, 2001, the date on which Jennifer T. Lum resigned her appointment in that office; or
(2) a matter in which Jennifer T. Lum was personally involved or on which she was personally consulted while employed in the United States Attorney's Office.

__X__ relates to

____ does not relate to

(1) a matter pending in the Organized Crime Section of the United States Attorney's Office before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or
(2) a matter in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the United States Attorney's Office;

____ relates to

__X__ does not relate to

(1) a matter pending in the Narcotics Section of the United States Attorney's Office before April 20, 1999, the date on which Jeffrey W. Johnson resigned his appointment in that office; or
(2) a matter in which Jeffrey W. Johnson was personally involved or on which he was personally consulted while employed in the United States Attorney's Office.

MAR 14 2002

Charlaine F. Olmedo
Assistant United States Attorney
Complaints Section

*[For any pleading that is sealed, this form shall be sealed also.]*