# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

CASE NUMBER: 2:02-CR-157 TJH   TAPE NUMBER: 02-12   DATE: March 25, 2002

PRESENT: THE HONORABLE __CHARLES F. EICK__, U.S. MAGISTRATE JUDGE

COURT CLERK: Maria Cortez   ASSISTANT U.S. ATTORNEY: Charlene Olmedo

COURT CLERK: Alex Silverio   ASSISTANT U.S. ATTORNEY:

INTERPRETER / LANGUAGE:

| UNITED STATES OF AMERICA v. | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| 2. JOSEPH LOWERY  [X] PRESENT  [X] CUSTODY  [ ] BOND  [ ] SUMMONS | 2. Yolanda Barrera, S/A for Elsa Leyva  [X] PRESENT  [ ] CJA  [ ] RETAINED  [ ] DFPD |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

[X] Court orders counsel appointed.   [ ] Possible contribution ordered.   [ ] Filed Waiver of Indictment

[X] Defendant is arraigned and states true name is [X] as charged [ ] _____
   [ ] Defendant is arraigned as: _____

[X] Defendant is given a copy of the [ ] _____
   [X] Indictment  [ ] Information, acknowledges receipt of a copy and waives reading thereof.

[ ] Defendant consents to be tried by a U.S. Magistrate Judge and waives trial by jury and case is ordered assigned to Magistrate Judge _____ for plea and all further proceedings.

[ ] Court orders this case assigned to the calendar of _____ U.S. District Judge, for plea
   [ ] of guilty  [ ] trial setting; and all further proceedings [ ] _____

[X] Defendant pleads not guilty to all counts of the [ ] _____
   [X] Indictment  [ ] Information as charged.   [X] Court orders this case assigned to the calendar of TERRY J. HATTER, U.S. District Judge, and further orders jury trial set for May 18, 2002 at 10:00 a.m. Defendant and his counsel are ordered to appear before said judge at the date and time indicated.

[ ] Court orders notice to counsel and discovery and inspection order issued.

[ ] Defendant's first appearance; Defendant posts a [ ] $_____ unsecured Appearance Bond;
   [ ] Personal Recognizance Bond. Court orders Defendant to report to the U.S. Marshal's Office forthwith for processing.

[X] Other: Request by Government for Detention of deft. Lowery. Court orders that this matter be brought to the attention of Judge Hatter.

[ ] Trial estimate _____

[X] Status Conference  [ ] Pre-Trial Conference  [ ] Motion hearing date is set for: April 29, 2002 10:00am

Initials of Deputy Clerk __m__

**CRIMINAL MINUTES - ARRAIGNMENT**

CR-85 (09/01)