# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

CASE NO. CR 02-157-TJH                                          DATE: 2/3/03

---

PRESENT: THE HONORABLE TERRY J. HATTER, JR., United States District Judge

| | | |
|---|---|---|
| Florence Kato | Margaret Babykins | Mark Aveis |
| | | Adam Kamenstein |
| Courtroom Deputy Clerk | Reporter | Ass't U. S. Attorney |

DEFENDANT:                                          ATTORNEY FOR DEFENDANT

Joseph Aaron Lowery (custody)                       Elsa Leyva (apptd)

---

PROCEEDINGS: CHANGE OF PLEA

    Matter cont'd to 2/10/03 at 4:00 p.m.



ENTER ON ICMS
FEB 6 2003

266

FEB 6 2003