PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

Central District of California

**FILED**
**CLERK, U.S. DISTRICT COURT**

AUGUST 4, 2023

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ **DEPUTY**
YS

UNITED STATES OF AMERICA

v.                                          Docket No.        2:02-CR-00157-TJH-2

Joseph Lowery

On July 27, 2022, the above named was placed on supervised release for a period of 36 months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
/S/ ERIC SILES
U. S. Probation & Pretrial Services Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____3RD_____ Day of _____AUGUST_____, 20 _23_ .

_____
United States District Judge